**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| COREY E. TURNER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 1:16-cv-00130-JAR |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on Petitioner Corey Turner's Motion a Certificate of Appealability of this Court's denial of his Rule 60(b) motion (Doc. No. 59).

On December 3, 2020, this Court entered an order denying Petitioner's Motion for Relief from Judgment and Order Under Rule 60(b)(6), as well as Petitioner's Motion for Certificate of Appealability and his motion titled "Motion for Reinstatement of Appeal." (Doc. No. 58). A certificate of appealability will be issued "only if the applicant has made a substantial showing of the denial of a constitutional right" and has "indicate[d] which specific issue or issues satisfy the showing required." 28 U.S.C. § 2253(c)(2), (3). Additionally, "the petitioner 'must demonstrate that the issues are debatable among jurists of reason; that a court could resolve the issues [in a different manner]; or that the questions are adequate to deserve encouragement to proceed further.' " Randolf v. Kemna, 276 F.3d 401, 403 n. 1 (8th Cir. 2002) (internal citations omitted). As the Court noted in its December 3, 2020, Petitioner cannot make the showing necessary for the Court to issue a certificate of appealability in this case. Therefore, Petitioner's application will be denied.

Accordingly, after careful review and consideration,

- 2 -

**IT IS HEREBY ORDERED** that Petitioner's Application for Reconsideration for Certificates of Appealability [59] is **DENIED**.


Dated this 3rd day of March, 2021.


                                    _____

**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**